No. 95–8235. MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8238. BROACH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8241. BROUMAS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–8244. CASAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–8245. CANNON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8246. VALLEJO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8253. SMITH ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8262. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8264. LIGGINS v. OHIO DEPARTMENT OF DEVELOPMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–8265. MORGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–8266. McCLELLAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8267. McWILLIAMS v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 95–8269. MORRISON v. RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8270. GUZMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–8272. SUGGS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8280. SANDERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.